# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

| | |
|---|---|
| THOMAS E. DAFFRON,<br><br>Plaintiff,<br><br>vs.<br><br>COMPLETE OUTDOOR& EQUIPMENT, INC. and STEVEN B. HECK,<br><br>Defendants | Cause No. |

## *COMPLAINT FOR DAMAGES*

Comes now the Plaintiff, Thomas E. Daffron (hereinafter "Daffron"), by his counsel, and for his claim against the Defendants, Complete Outdoor & Equipment, Inc. (hereinafter "Complete"), and Steven B. Heck (hereinafter "Heck"), alleges and says:

1. Daffron brings this action against Complete and Heck pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 USC § 216(b), for overtime pay violations.

2. Daffron is a resident of the State of Indiana, and is domiciled in Lewis, Vigo County, Indiana.

3. Complete is an Indiana corporation having its principal place of business in Vigo County, Indiana.

4. Heck is the owner and the President of Complete, and is therefore responsible for decision making regarding payment of wages to employees, and individually liable for the failure to pay overtime compensation pursuant to the FLSA.

*HUNT, HASSLER,*
*KONDRAS & MILLER LLP*
100 Cherry St.
Terre Haute, IN 47807
(812) 232-9691
Fax (812) 234-2881

5. Daffron worked for Complete until July, 2017, at which time he was terminated.

6. During the period of Daffron's employment with it, Complete has failed and refused to pay Daffron overtime compensation for all hours which Daffron worked in excess of forty hours per week.

7. Complete has intentionally and knowingly violated Daffron's right to earned wages through illegal practices regarding overtime compensation and continues to do so.

8. Daffron brings this action as a result of his not being paid overtime compensation required by law.

9. This Court has jurisdiction over Daffron's claims as his FLSA claims raise a question of federal law, 29 USC §201 et seq.

10. This Court is the appropriate venue for this cause of action as Daffron resides in Vigo County, Indiana, and worked for Complete in Vigo County, Indiana.

11. Complete is an "enterprise," as that term is defined by the FLSA, covered by the overtime wage provisions of the FLSA.

12. Complete violated the FLSA's overtime provisions by not paying Daffron at an overtime rate for all hours worked over 40 in a work week.

13. Complete's failure to comply with the FLSA's provisions regarding overtime compensation is willful and without justification, and subjects Complete to a three year statute of limitations.

14. Daffron seeks all available damages, including unpaid wages, unpaid minimum wages, unpaid overtime compensation, liquidated damages, payment of reasonable attorney's fees, costs and expenses, and any and all other damages to which he may be entitled for Complete's violations of the Fair Labor Standards Act.

*HUNT, HASSLER,*
*KONDRAS & MILLER LLP*
100 Cherry St.
Terre Haute, IN  47807
(812) 232-9691
Fax (812) 234-2881

2

15. Heck is liable for payment of unpaid overtime compensation, liquidated damages, and/or attorneys' fees as the person charged by Complete with responsibility for decision making and payment of wages in compliance with the FLSA.

WHEREFORE, Plaintiff, Thomas E. Daffron, requests that the Court enter judgment against Defendants, Complete Outdoor & Equipment, Inc. and Steven B. Heck, and issue all available relief to him, including, but not limited to, the following:

1. All damages available under the FLSA, including all unpaid overtime wages, all liquidated damages and all penalties;

2. All reasonable attorney's fees and expenses;

3. Costs;

4. Pre-judgment interest, if applicable; and

5. Any and all other relief just and proper in the premises.

HUNT, HASSLER, KONDRAS & MILLER LLP

By /s/Robert F. Hunt

Robert F. Hunt, Attorney Number 7889-84

100 Cherry Street
Terre Haute, IN 47807
(812) 232-9691
Facsimile: (812) 234-2881
hunt@huntlawfirm.net

*HUNT, HASSLER,*
*KONDRAS & MILLER LLP*
100 Cherry St.
Terre Haute, IN 47807
(812) 232-9691
Fax (812) 234-2881

3